**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KEVIN D. BLACK,                           No. CIV S-06-0668-FCD-CMK-P

    Plaintiff,

  vs.                                              ORDER

J. TUGGLE, et al.,

    Defendants.

                          /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On June 8, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.  Rather, plaintiff has filed a motion to "withdraw the complaint," which the court construes as a request for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41.  Because plaintiff consents to dismissal of this action, the court will adopt the June 8, 2007, findings and recommendations.  This dismissal, however, shall not count

as a "strike" under the Prison Litigation Reform Act.

        Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 8, 2007, are adopted;
2. This action is dismissed pursuant to plaintiff's request;
3. This dismissal shall not count as a "strike"; and
4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: July 13, 2007.

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE